UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICROSOFT CORPORATION, et al.
    Plaintiff(s)
        v.              Civil No. 98-2136(SEC)
COMPUTER WAREHOUSE, et al.
    Defendant(s)

## ORDER

| MOTION | RULING |
| --- | --- |
| **Docket # 38**<br>Defendant Metro Computers' "Motion Requesting Extension of Time to Submit an Opposition to Motion to Dismiss" | **Moot.** |
| **Docket # 43**<br>Defendant Metro Computers' "Motion Requesting Brief Extension of Time to Submit an Opposition to Motion to Dismiss" | **Moot.** |
| **Docket # 44**<br>Defendant Metro Computers' "Motion Informing Appearance as Counsel and for a Brief and Final Enlargement of Time to File Opposition, or to Otherwise Defend, from Motion to Dismiss the Counterclaim" | **Moot.** |
| **Docket # 49**<br>Plaintiffs' "Request for Extension of Time to Answer Amended Counterclaim or Otherwise Plead and Request for Sanctions" | The requested extension of time is **moot**. The request for sanctions is **denied**. |
| **Docket # 51**<br>Plaintiffs' "Request for Extension of Time to Answer Amended Counterclaim Pending Complete Delivery of Document Filed" | **Moot.** |

Civil No. 98-2136(SEC)                                                                                                 2

| MOTION | RULING |
|---|---|
| **Docket # 53**<br>Attorney Carlos Rodríguez García's "Motion to Withdraw Legal Representation" | Attorney Rodríguez García's withdrawal is **granted**. Until defendants Metro Computers, Inc., Manuel González and the conjugal partnership with his wife announce their new representation, the Clerk of the Court shall forward all documents and notices in connection with this case pertaining to said defendants to the following address: Metro Computers, Inc., Road # 2, Km. 124.7, Aguadilla, Puerto Rico.<br><br>Defendants Metro Computers, Inc., Manuel González and the conjugal partnership with his wife shall have until **February 22, 2000**, to announce their new representation. |

DATE:  February _11_, 2000

                                                                               _____
                                                                               SALVADOR E. CASELLAS
                                                                               United States District Judge