## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MICROSOFT CORPORATION, et al.      *

Plaintiffs                  *     **Civil No. 98-2136(SEC)**

v.                          *

COMPUTER WAREHOUSE, et al.     *

Defendants            *
************************************

*RECEIVED AND FILED*
*00 FEB 14 PM 1:47*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*

### ORDER TO SHOW CAUSE

Upon the plaintiffs' motion (**Docket # 45**), the Computer Shack defendants (Computer Shack, Computer Shack Doe d/b/a Computer Shack, and Rafael García-Claudio) are hereby **ORDERED TO SHOW CAUSE** on **February 16, 2000**, why they should not be held in civil contempt and be ordered to pay the liquidated damages stipulated in the settlement agreement as incorporated in the partial judgment issued by the Court on May 12, 1999. The Computer Shack defendants shall also show cause why this matter should not be referred to the United States Attorney for initiation of criminal contempt proceedings. Failure to comply with this order may result in the grant of the plaintiffs' motion.

**SO ORDERED.**

In San Juan, Puerto Rico, this _11TH_ day of February, 2000.

SALVADOR E. CASELLAS
United States District Judge

58

