IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICROSOFT CORPORATION, et al.       *
                                    *
Plaintiffs                          *       Civil No. 98-2136(SEC)
                                    *
v.                                  *
                                    *
COMPUTER WAREHOUSE, et al.          *
                                    *
Defendants                          *
*************************************

## ORDER TO SHOW CAUSE

Upon the motion (**Docket # 60**) filed by defendant Rafael García-Claudio d/b/a Computer Shack in response to the Court's February 11 order to show cause (**Docket # 58**), the Court hereby **ORDERS** plaintiffs to **SHOW CAUSE** within **five (5) days** from the entry date of this order, why their motion for enforcement of judgment, etc. (**Docket # 45**), should not be denied.

**SO ORDERED.**

In San Juan, Puerto Rico, this 22 day of February, 2000.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev. 8/82)