IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICROSOFT CORPORATION, et al.  *
                               *
Plaintiffs                     *    Civil No. 98-2136(SEC)
                               *
v.                             *
                               *
COMPUTER WAREHOUSE, et al.     *
                               *
Defendants                     *
*************************************

## ORDER

On July 16, 1999, plaintiffs filed a "Motion for Enforcement of Judgment Against the Computer Shack Co-Defendants Through Civil Contempt and for an Order to Show Cause Why the Computer Shack Co-Defendants Should Not Be Held in Contempt." **(Docket # 45)**. On February 22, 2000, upon the Computer Shack defendants' motion **(Docket # 58)**, the Court ordered plaintiffs to show cause withing five days why their motion **(Docket # 45)** should not be denied. This five-day term expired and plaintiffs did not show cause. Accordingly, their motion for enforcement of judgment, etc. **(Docket # 45)** is hereby **DENIED**.

**SO ORDERED.**

In San Juan, Puerto Rico, this 3d day of March, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)