## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



MICROSOFT CORPORATION, et al.
    Plaintiffs

          v.              Civil No. 98-2136(SEC)

COMPUTER WAREHOUSE, et al.
    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Docket # 66**<br>Plaintiffs' "Informative Motion (In Lieu of Joint Case Management Memorandum" | **Noted.** However, plaintiffs' assertion that Metro Computers, Inc.'s counsel's motion to withdraw has not been ruled upon by the Court is simply wrong. Attorney Rodríguez García's motion (**Docket # 52**) was granted on February 11, 2000 (**Docket # 56**). Plaintiffs counsel has been advised of this by telephone and fax. Therefore, the Court fails to see the relevance of plaintiffs informing that their efforts to prepare a joint case management memorandum with attorney Rodríguez García have been unsuccessful, because attorney Rodríguez García is under no obligation to assist them.<br><br>If plaintiffs are concerned by Metro Computer, Inc.'s failure to defend in this case, they should move for entry of default. |

DATE: April 26, 2000

SALVADOR E. CASELLAS
/United States District Judge


