UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICROSOFT CORPORATION, et al.
   Plaintiffs

       v.                     Civil No. 98-2136(SEC)

COMPUTER WAREHOUSE, et al.
   Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 73**<br>"Motion Requesting Extension of Time to File Dispositive Motion" | Granted, until **July 14, 2000**. |

DATE: June 21, 2000

*/s/ Salvador E. Casellas*
SALVADOR E. CASELLAS
United States District Judge