IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MICROSOFT CORPORATION, et al. | * |
| Plaintiffs | * Civil No. 98-2136(SEC) |
| v. | * |
| COMPUTER WAREHOUSE, et al. | * |
| Defendants | * |

**ORDER FOR ENTRY OF DEFAULT AND TO SHOW CAUSE**

Upon the plaintiffs' motion (**Docket # 75**), the Clerk of the Court is hereby **DIRECTED** to **enter default** against Metro Computers Inc., Manuel González and the conjugal partnership he shares with his wife (hereinafter, collectively, the "Metro defendants") pursuant to Fed. R. Civ. P. 55(a). Furthermore, the Metro defendants are hereby **ORDERED TO SHOW CAUSE** on **August 11, 2000**, why the plaintiffs' "Motion Requesting Award of Statutory Damages Pursuant to 17 U.S.C. § 504(c) and Request for Waiver of Hearing" (**Docket # 76**) should not be granted in its entirety. Failure to comply with this order may result in the grant of plaintiffs' motion.

**SO ORDERED.**

In San Juan, Puerto Rico, this  19  day of July, 2000.

SALVADOR E. CASELLAS
United States District Judge