## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO





MICROSOFT CORPORATION, et als

    Plaintiff
    VS.

CIVIL NO. 98-2136 (SEC)

COMPUTER WAREHOUSE, et als.

    Defendant

---

### DESCRIPTION OF MOTION

DATE FILED: 7/14/00   DOCKET: #75   TITLE: MOTION FOR ENTRY OF DEFAULT

[x] Plffs.      [ ] Defts.

---

### O-R-D-E-R

DEFAULT OF DEFENDANTS METRO COMPUTERS, INC., MANUEL GONZALEZ AND THE CONJUGAL PARTNERSHIP

IS HEREBY ENTERED.

FRANCES RIOS DE MORAN
CLERK OF THE COURT

7/21/00
DATE

BY: _____
DEPUTY CLERK