IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICROSOFT CORPORATION, et al.         *
                                       *
Plaintiffs                             *     Civil No. 98-2136(SEC)
                                       *
v.                                     *
                                       *
COMPUTER WAREHOUSE, et al.             *
                                       *
Defendants                             *
****************************************

## ORDER

On July 19, 2000, the Court ordered defendants Metro Computers, Inc., Manuel González and the conjugal partnership with his wife (hereinafter collectively the "Metro Defendants") to show cause by August 11, 2000, why plaintiffs' "Motion Requesting Award of Statutory Damages Pursuant to 17 U.S.C. § 504(c) and Request for Waiver of Hearing" (**Docket # 76**) should not be granted in its entirety (**Docket # 77**). As of today, defendants have not complied with this order.

Therefore, having the Metro Defendants failed to comply with the Court's order of July 19, plaintiffs' "Motion Requesting Award of Statutory Damages Pursuant to 17 U.S.C. § 504(c) and Request for Waiver of Hearing" (**Docket # 76**) is hereby **GRANTED**. Judgment shall follow accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this _18TH_ day of August, 2000.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev. 8/82)