IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MICROSOFT CORPORATION, et al. | * |
| Plaintiffs | * Civil No. 98-2136(SEC) |
| v. | * |
| COMPUTER WAREHOUSE, et al. | * |
| Defendants | * |

## JUDGMENT

Pursuant to the order of even date, the Court hereby **ORDERS** and **ADJUDGES** that defendants Metro Computers, Inc., Manuel González and the conjugal partnership with his wife (hereinafter collectively the "Metro Defendants") **pay** plaintiffs Microsoft Corporation, Symantec Corporation and Adobe Systems Corporation the following amounts:

1. fifty thousand dollars ($50,000.00) in statutory damages;

2. eight thousand one hundred and sixty-one dollars and fifty-one cents ($8,161.51) for attorney's fees; and

3. eight hundred and eighty-one dollars and forty-five ($881.45) for related expenses. The Metro Defendants shall also pay plaintiffs full costs, as well as interest pursuant to 28 U.S.C. § 1961. Judgment is hereby entered accordingly. This case shall be **STRICKEN** from the active docket.

**SO ORDERED.**

In San Juan, Puerto Rico, this ___17th___ day of August, 2000.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev. 8/82)